# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

In re:  
Maximiliano Valdes

Case No. 17-23580-AJC  
Chapter 13

Debtor
_____/

### DEBTOR'S NOTICE OF COMPLIANCE WITH MMM ORDER (DE #25) REQUIRING SUBMISSION OF DOCUMENTS FOR LOAN MITIGATION MEDIATION (LMM) APPLICATION

COMES NOW THE DEBTOR, Maximiliano Valdes, and files Debtor's Notice of Compliance with MMM order (DE#25) requiring submission of documents for Mortgage Mitigation Mediation (MMM) Application. The MMM Documents was submitted on **December 29, 2017** to the parties stated below:

1. Online submission through the website: https://www.dclmwp.com

### CERTIFICATE OF SERVICE

I, Mitchell J. Nowack, Attorney for the Debtor, hereby certify that a true copy of the foregoing Notice was filed this 29th day of December, 2017; and a copy of the foregoing Notice was sent to:

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in local rule 910(d)(1) and (2).

**Via CM/ECF:**
Office of the US Trustee USTPRegion21.MM.ECF@usdoj.gov
Nancy K. Neidich
e2c8f01@ch13miami.com, ecf2@ch13miami.com

**Via 1st Class Mail:**
**Nationstar Mortgage LLC**
**C/O CORPORATION SERVICE COMPANY Registered Agent**
**1201 HAYS STREET**
**TALLAHASSEE, FL 32301-2525**

*Law Offices of*
NOWACK & OLSON, PLLC
Attorney for Debtor(s)
8551 Sunrise Blvd, Suite 208
Plantation, FL 33322
(305) 698-2265

/s/ Mitchell J. Nowack
MITCHELL J. NOWACK, ESQ.
Florida Bar Number: 099661