UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                                    Case No. 17-23580-AJC

Maximiliano Valdes                                        Chapter 13

_____Debtor(s)_____/

**DEBTOR'S NOTICE OF SELECTION OF MORTGAGE MODIFICATION MEDIATOR**

Pursuant to the Mortgage Modification Mediation (MMM) procedures adopted under Administrative Order 14-03, this Notice is filed by the Debtor to notify the court on the status of the selection of mediator in the above referenced case.

☐   1.   The parties agree to and select the following Mediator:

_____
Name of Mediator

_____
COMPANY

_____
City, State, Zip Code

_____
Telephone
email:_____

☒   2.   The Lender, Nationstar Mortgage LLC, failed to contact the Debtor within the time prescribed in the order of referral, and has therefore waived the right to participate in the mediator selection process. The Debtor has selected the following Mediator:

\_\_\_Robin Weiner_____
Name of Mediator

_____
COMPANY

_____
City, State, Zip Code

_____
Telephone
email:\_ _____

☐   3.   The parties have conferred but are unable to agree upon the

MMM-LF-11  (08/01/14)

selection of a mediator, and Debtor requests that the clerk select a mediator from the clerk's Mediation Register.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Notice of Selection of Mortgage Modification Mediator was served by U.S. first class mail upon the parties listed below on **December 29, 2017.**

*Law Offices of*
NOWACK & OLSON, PLLC

Attorney for Debtor(s)

8551 Sunrise Blvd, Suite #208

Plantation, FL 33322

(305) 698-2265

/s/ Mitchell J. Nowack

MITCHELL J. NOWACK, ESQ.

Florida Bar Number: 099661

**Via CM/ECF:**

Office of the US Trustee USTPRegion21.MM.ECF@usdoj.gov

Nancy K. Neidich

e2c8f01@ch13miami.com, ecf2@ch13miami.com

**Via 1st Class Mail:**

**Nationstar Mortgage LLC**

**C/O CORPORATION SERVICE COMPANY Registered Agent**

**1201 HAYS STREET
TALLAHASSEE, FL 32301-2525**

MMM-LF-11  (08/01/14)