UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

Case No.: 17-23580-AJC
Chapter 13

**MAXIMILIANO VALDES,**

    Debtor.
_____/

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that Chase A. Berger, Esq. and Berger Firm P.A. hereby enter their appearance as counsel for Creditor, **SN SERVICING CORPORATION, AS SERVICER FOR U.S. BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF CHALET SERIES III TRUST,** ("Movant" or "Secured Creditor"), in these proceedings.

All parties shall take note that all future pleadings, notices, correspondence and any and all other pertinent data pertaining to the above-styled matter shall be forwarded to the undersigned counsel at the address listed below.

**Dated: August 28, 2018**

    Respectfully Submitted,

    /s/ Chase A. Berger
    Chase A. Berger
    Fla. Bar No. 083794
    cberger@ghidottiberger.com
    **GHIDOTTI | BERGER FIRM P.A.**
    *Counsel for Secured Creditor*
    3050 Biscayne Boulevard - Suite 402
    Miami, Florida 33137
    Telephone: (305) 501.2808
    Facsimile: (954) 780.5578

*Case No.: 17-23580-AJC*

## CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)(1)

I certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A).

By: /s/ Chase A. Berger
      Chase A. Berger, Esq.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 28, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

I also certify that the foregoing document is being served this day, either via transmission of Notice of Electronic Filing generated by CM/ECF or by first class U.S. Mail, upon:

*Debtor*
**Maximiliano Valdes**
5960 SW 95 Court
Miami, FL 33173

*Debtor's Co-Counsel*
**Mitchell J. Nowack, Esq.**
8551 Sunrise Blvd #208
Plantation, FL 33322

*Debtor's Co-Counsel*
**Christian J. Olson, Esq.**
8551 Sunrise Blvd #208
Plantation, FL 33322

*U.S. Trustee*
**Office of the US Trustee**
51 S.W. 1st Avenue - Suite 1204
Miami, FL 33130

*Trustee*
**Nancy K. Neidich**
P.O. Box 279806
Miramar, FL 33027

By: /s/ Chase A. Berger
      Chase A. Berger, Esq.