B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Southern District of Florida

In re  Maximiliano Valdes               ,            Case No.  17-23580-AJC

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| U.S. Bank, N.A., as Trustee of Tiki Series III Trust | U.S. Bank Trust National Association as Trustee of Chalet Series III Trust |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
SN Servicing Corp.
323 5th Street, Eureka, CA 95501

Court Claim # (if known):  5-1
Amount of Claim:  $429,984.78
Date Claim Filed:  03/28/2018

Phone: 800-603-0836
Last Four Digits of Acct #:  3641

Phone: 800-603-0836
Last Four Digits of Acct.#  3641

Name and Address where transferee payments should be sent (if different from above):
SN Servicing Corp.
323 5th Street, Eureka, CA 95501

Phone: 800-603-0836
Last Four Digits of Acct #: 3641

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Chase A. Berger                             Date: 09/10/2018
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

*Case No.: 17-23580-AJC*

## CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)(1)

I certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A).

By:  /s/ Chase A. Berger
Chase A. Berger, Esq.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 10, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

I also certify that the foregoing document is being served this day, either via transmission of Notice of Electronic Filing generated by CM/ECF or by first class U.S. Mail, upon:

*Debtor*
**Maximiliano Valdes**
5960 SW 95 Court
Miami, FL 33173

*Debtor's Co-Counsel*
**Christian J. Olson, Esq.**
8551 Sunrise Blvd #208
Plantation, FL 33322

*Trustee*
**Nancy K. Neidich**
P.O. Box 279806
Miramar, FL 33027

*Debtor's Co-Counsel*
**Mitchell J. Nowack, Esq.**
8551 Sunrise Blvd #208
Plantation, FL 33322

*U.S. Trustee*
**Office of the US Trustee**
51 S.W. 1st Avenue - Suite 1204
Miami, FL 33130

By:  /s/ Chase A. Berger
Chase A. Berger, Esq.



**SN SERVICING CORPORATION**
323 5TH STREET
EUREKA CA 95501

(800) 603-0836
Para Español, Ext. 2660 o 2643
8:00 a.m. – 5:00 p.m. Pacific Time
Main Office NMLS #5985
Branch Office NMLS #9785

September 4, 2018

ESTATE OF MAGDALENA VALDES
MAXIMILIANO VALDES
5900 SW 95TJ CPIRY1
MIAMI BEACH FL  33173

RE:  **Loan Number:**
Collateral: 5960 SOUTHWEST 95TH COURT; MIAMI, FL

## NOTICE OF ASSIGNMENT, SALE OR TRANSFER OF LOAN

Dear Borrower:

The Truth in Lending Act, 15 U.S.C. 1601, requires that borrowers receive a written Notice when their loan is assigned, sold or transferred.  This assignment, sale or transfer does not change the terms of your loan or your contractual obligations as described in your loan documents.  The information below describes the details of the assignment, sale or transfer of your mortgage loan:

- Date of Assignment, Sale or Transfer: **July 31, 2018**

- The transfer of ownership has been filed in the mortgage records for the county or local jurisdiction where the property securing this mortgage is located or registered with Mortgage Electronic Registration systems, Inc. whichever is applicable to this mortgage loan.

- A servicer is authorized to act on behalf of the owner/lender to handle the daily servicing of your loan. Your servicer collects payments for your account. **If you have any questions about your loan, please contact your servicer at the telephone number, address or website listed below:**

  | | |
  |---|---|
  | Name: | **SN Servicing Corporation** |
  | Address: | **323 Fifth Street, Eureka CA  95501** |
  | Telephone Number: | **(800) 603-0836 (Toll free) 8:00 a.m. - 5:00 p.m. Pacific Time** |
  | Website Address: | www.snsc.com |

- An owner (also known as a "lender") is the person to whom the loan belongs.  The identity of your new owner is:

  | | |
  |---|---|
  | Name: | **Tiki Series III Trust** |
  | Address: | **7114 E. Stetson Dr., Suite 250; Scottsdale, AZ 85251** |
  | Telephone Number: | **(602) 802-8305** |

**Partial Payment:**

On behalf of the lender, the servicer may hold payments that are less than the full amount due (partial payments) in a separate account until you pay the rest of the payment, and then apply the full payment to your loan.

If this loan is sold, your new lender may have a different policy.

**Please do not send payments to the owner listed above, as they will not be credited to your loan. Your monthly payments and all inquiries must be sent directly to your servicer, SN Servicing Corporation.  The servicer has authority to act on the owner's behalf with regard to the administration of your loan.**